**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division**

| | |
|---|---|
| **WELAI GRANT** | * |
| *Plaintiff*, | * |
| | * |
| | *  **Case No.:** 1:21-CV-02173-RDB |
| **v.** | * |
| | * |
| **BALTIMORE POLICE DEPARTMENT** | * |
| *Defendant.* | * |

**PLAINTIFF'S CONSENT MOTION FOR LEAVE TO AMEND COMPLAINT AND MEMORANDUM IN SUPPORT THEREOF**

**INTRODUCTION**

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, Plaintiff Welai Grant respectfully moves to amend her Complaint to incorporate the correct basis for the hostile work environment Count in the first Amended Complaint against Defendant Baltimore Police Department ("BPD"). The proposed amendment is grounded in the fact that she intends to modify the language of the corresponding hostile work environment Count to reflect averments for a hostile work environment claim based on retaliation to ensure the cure of any discrepancy. Plaintiff therefore seeks to amend her complaint to reflect the appropriate claim of hostile work environment based on retaliation.

**LEGAL STANDARD**

A party may amend with leave of court, and the Court "should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). "In the absence of any apparent or declared reason – such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure

1

deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, [or] futility . . . the leave sought should, as the rules require, be 'freely given.'" *Foman v. Davis*, 371 U.S. 178, 182 (1962). Although a court is accorded discretion, in keeping with Rule 15(a)(2), "the Fourth Circuit's well-established 'policy [is] to liberally allow amendment.'" *Sulton v. Balt. Cty.*, No. SAG-18-2864, 2021 U.S. Dist. LEXIS 4364, at *6 (D. Md. Jan. 11, 2021) (quoting *Galustian v. Peter*, 591 F.3d 724, 729 (4th Cir. 2010)). "[A] court may not exercise its discretion in a way that undermines the basic policy of Rule 15" to freely grant leave to amend. *Pittston Co. v. United States*, 199 F.3d 694, 705 (4th Cir. 1999) (reversing denial of leave to amend).

## ARGUMENT

In the present case, the proposed amendments to Plaintiff's Complaint do not fall under any reason to deny Plaintiff's motion for leave to amend as enumerated in *Foman*. *See Foman*, 371 U.S. at 182. There is no undue delay, bad faith or dilatory motive on the part of Plaintiff and this is Plaintiff's first request for amendment. Further, there will be no undue prejudice to the opposing party because Plaintiff is not adding new factual allegations and is instead simply correcting the hostile work environment claim to reflect that she is alleging hostile work environment based on retaliation. Defendant has had notice of Plaintiff's claim and no undue burden or prejudice would be placed on Defendant by allowing such an amendment. An amendment to Plaintiff's Complaint would allow Plaintiff the opportunity to hold Defendant accountable for the hostile work environment that it let flourish.

## CONCLUSION

Pursuant to Local Rule 103.6(d), Plaintiff sought the consent of Defendant prior to filing this Motion. Counsel for Defendant indicated that it does consent to the filing of this Motion,

contingent upon Plaintiff's consent to Defendant's right to file any response to the Amended Complaint within twenty-one (21) days of the Court's Order accepting the Amended Complaint as filed. Pursuant to Local Rules 103.6(a) and (c), Plaintiff attaches as Exhibit 1 a clean original of her First Amended Complaint, and attaches as Exhibit 2 a copy of the amended pleading with stricken material lined through and new material underlined and set forth in color.

Plaintiff respectfully requests that this Honorable Court grant Plaintiff's Consent Motion for Leave to File Plaintiff's First Amended Complaint.

Dated: August 11, 2022

Respectfully submitted,

/s/ Dionna Maria Lewis

_____
Dionna Maria Lewis, Esq.
District Legal Group, PLLC
Bar No. 19486
700 Pennsylvania Ave, SE, Suite 2098
Washington, D.C. 20003
Phone: (202) 486-3478
Dionna@DistrictLegalGroup.com
*Counsel for Plaintiff Welai Grant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of August 2022, a true and accurate copy of the foregoing Plaintiff's Motion for Leave to Amend Complaint and Memorandum In Support Thereof was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notification of filing to:

Justin S. Conroy
Deputy Chief Legal Counsel
Kara K. Lynch
Chief Solicitor
(410) 396-2496 / (410) 396-2126 fax
Baltimore City Department of Law
100 N. Holliday Street, Room 101
Baltimore, Maryland 21202
*Attorneys for Defendant*

/s/ Dionna Maria Lewis
_____
Dionna Maria Lewis, Esq.
District Legal Group, PLLC
700 Pennsylvania Ave, SE, Suite 2098
Washington, D.C. 20003
Phone: (202) 486-3478
Dionna@DistrictLegalGroup.com
*Counsel for Plaintiff Welai Grant*