Rcv'd by: HD AV

USDC- BALTIMORE
'24 FEB 20 PM1:00

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Welai Grant                               *

                                          *

v.                                        *    Case No. RDB-21-2173

Baltimore City Police Department          *

                                          *

## NOTICE OF APPEAL

Notice is hereby given that **Welai Grant**,
(fill in names of **all** parties who are appealing)

**Plaintiff** in the above captioned case, hereby appeals to the
(indicate plaintiff/s or defendant/s)

United States Court of Appeals for the Fourth Circuit the **summary judgment**
(indicate order or judgment)

entered in this case on **2/1/24**.

**2/20/24**
Date

*[signature]*
Signature

**Welai Grant**
Printed Name and Bar Number

**811 Tipton Rd Middle River, MD 21220**
Address

**welai718@gmail.com**
Email Address

**917-858-9898**
Telephone Number

_____
Fax Number

NoticeofAppeal (06/2016)