UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WELAI GRANT, | * |
| | * |
| *Plaintiff*, | * |
| | * |
| v. | * Case No.: 1:21-cv-02173-RDB |
| | * |
| BALTIMORE POLICE DEPARTMENT, | * |
| | * |
| *Defendant*. | * |

**NOTICE OF WITHDRAWAL AS COUNSEL**

Dionna Maria Lewis, Esq. and the law firm of District Legal Group, PLLC, counsel of record for Plaintiff Welai Grant, hereby respectfully submit this Notice of Withdrawal as Counsel. Plaintiff consents to this withdrawal and has elected to pursue her appeal of this matter independently. Accordingly, a Certificate of Plaintiff's Last Known Address is attached.

Respectfully submitted this 22nd day of February, 2024,

_____
Dionna Maria Lewis, Esq.
Laura Brett Harshbarger, Esq.
District Legal Group, PLLC
700 Pennsylvania Ave, SE, Suite 2098
Washington, D.C. 20003
Phone: (202) 486-3478
Dionna@DistrictLegalGroup.com
Counsel@DistrictLegalGroup.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I, Dionna Maria Lewis, hereby certify that on this 22nd day of February 2024, I served a copy of the foregoing Notice of Withdrawal to counsel of record via PACER:

**Alexa E. Ackerman**
**Justin S. Conroy**
**Kara K. Lynch**
Assistant City Solicitor, Office of Legal Affairs
Baltimore City Department of Law
100 N. Holliday Street, Suite 101
Baltimore, MD  21202
alexa.ackerman@baltimorecity.gov
justin.conroy@baltimorepolice.org
Kara.Lynch@baltimorepolice.org
Direct: (410) 746-8693
Fax: (410) 396-2126

*Counsel for Defendant*

                                                                                           Dionna Maria Lewis, Esq.